UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA, ex
rel. MARK V. MORSCH,

Plaintiffs,                                                                 Case: 6:22-cv-1191-RBD-LHP

v.

ASHISH PAL and INTERVENTIONAL
CARDIOLOGY & VASCULAR CONSULTANTS,
PLC,

    Defendants.
_____/

**ORDER**

This cause comes before the Court on the *United States' Notice of Election to Decline Intervention,* whereby the United States has given notice of its decision to decline intervention in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). Upon consideration thereof, it is hereby **ORDERED:**

1. The Complaint shall be unsealed and served upon the defendants by the relator.

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, except for this Order and the *United States' Notice of Election to Decline Intervention,* which the relater will serve upon the defendants only after service of process has been effected on the defendants.

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

4. Any party who files or otherwise serves a pleading, motion, notice or other paper in this action shall also serve a copy of such document upon counsel for the United States, as provided for in 31 U.S.C. § 3730(c)(3). As also provided herein, the United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time, or to seek the dismissal of the relator's action or claim.

5. The parties shall serve all notices of appeal upon the United States.

6. A copy of all Orders, Notices, and any other papers entered in this case by the Court shall be sent to counsel for the United States.

7. Before proposing that this action be dismissed, settled or otherwise discontinued, the relator or the defendants shall first solicit the written consent of the United States. The Court shall solicit the written consent of the United States before ruling or granting its approval.

**DONE and ORDERED** in Orlando, Florida on April 24, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel for the Relator
Counsel for the United States